[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13514
Non-Argument Calendar

_____

D.C. Docket No. 1:19-cr-00038-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EUGENE SMITH, III,
a.k.a. Junior,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(February 26, 2021)

Before JILL PRYOR, LAGOA, and BRASHER Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver

in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d

1343, 1350–51 (11th Cir. 1993) (holding that this Court will enforce sentence appeal waivers that are made knowingly and voluntarily).